## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Criminal No.** |
| v. | **Magistrate No. 23-mj-313** |
| **KEVIN BRENT BUCHANAN,** | **VIOLATIONS:** |
| Defendant. | **18 U.S.C. § 875(c)** <br> **(Transmittal of Threats in Interstate Commerce)** |
| | **U.S.S.G. § 3A1.1(a)** <br> **(Bias Motive)** |

## INFORMATION

The United States of America charges that:

## COUNT ONE
## (18 U.S.C. § 875(c) – Transmittal of Threats in Interstate Commerce)

On November 2, 2023, in the District of Columbia and elsewhere, the defendant,

## KEVIN BRENT BUCHANAN,

transmitted in interstate commerce a threat to injure the person of another. Specifically, **BUCHAHAN**, while located in Utah, used a cellular telephone to call Organization 1 in Washington, D.C, and leave a message in Organization 1's voicemail box that contained a serious expression of an intent to commit an act of unlawful violence. In so doing, **BUCHANAN** intended to convey a threat to Organization 1 and knew that Organization 1 would understand the message to be a threat.

(All in violation of Title 18, United States Code, Section 875(c))

## **SPECIAL FINDING**

The allegations in Count One are realleged and incorporated as if fully set forth herein.

The defendant, **KEVIN BRENT BUCHANAN,** intentionally selected Organization 1 as the object of the offense charged in Count One because of the actual and perceived race, color, religion, national origin, and ethnicity of any person.

(Selection of the Object of the Offense Because of the Race, Color, Religion, National Origin, and Ethnicity of Any Person, pursuant to U.S.S.G. § 3A1.1(a))

                      MATTHEW M. GRAVES
                      United States Attorney
                      D.C. Bar No. 481052

By:    */s/ Risa Berkower*
                      RISA BERKOWER
                      NY Bar No. 4536538
                      Assistant United States Attorney
                      601 D St. NW
                      Washington, DC  20530
                      risa.berkower@usdoj.gov
                      (202) 803-1576

                      SANJAY PATEL
                      IL Bar No. 6272840
                      Trial Attorney
                      Criminal Section, Civil Rights Division
                      U.S. Department of Justice
                      950 Pennsylvania Ave. NW
                      Washington, DC 20530
                      Sanjay.patel@usdoj.gov
                      (202) 307-6188