# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 24-CR-256 (CKK) |
| | ) | |
| **KEVIN BRENT BUCHANAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully moves this Court for leave to withdraw as counsel for Mr. Kevin Brent Buchanan, and to appoint new counsel to represent him. Mr. Buchanan has raised concerns about the legal representation being provided to him by undersigned counsel and has expressed a lack of confidence in undersigned counsel's ability to represent him. Therefore, undersigned counsel believes it would be in the interests of justice to provide Mr. Buchanan with substitute appointed counsel and the Federal Public Defender's Office will ensure that new counsel is appointed if the Court grants this motion to withdraw.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_/s/ Kate Adams_

Kate Adams
Assistant Federal Public Defender
625 Indiana Avenue NW, Suite 550
Washington, D.C. 20004
(202) 208-7500