UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 9, 2023

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Crim No. |
| v. | : VIOLATIONS: |
| **KEVIN BRENT BUCHANAN,** | : 18 U.S.C. § 875(c) |
| | : (Transmittal of Threats in Interstate |
| **Defendant.** | : Commerce) |
| | : U.S.S.G. § 3A1.1(a) |
| | : (Bias Motive) |

## INDICTMENT

The grand jury charges that, at all times material to this Indictment, on or about the dates stated below:

### Introduction

1. The defendant, **KEVIN BRENT BUCHANAN**, resides in Utah.

2. Organization 1 is headquartered in Washington, D.C.

### COUNT ONE
### (18 U.S.C. § 875(c) – Transmittal of Threats in Interstate Commerce)

3. Paragraphs 1 and 2 are re-alleged.

4. On or about October 31, 2023, in the District of Columbia and elsewhere, the defendant,

**KEVIN BRENT BUCHANAN,**

transmitted in interstate commerce a threat to injure the person of another. Specifically, **BUCHAHAN**, while located in Utah, used a cellular telephone to call Organization 1 and leave a message in Organization 1's voicemail box that contained a serious expression of an intent to

commit an act of unlawful violence. In so doing, **BUCHANAN** intended to convey a threat to Organization 1 and knew that Organization 1 would understand the message to be a threat.

(All in violation of Title 18, United States Code, Section 875(c))

## COUNT TWO
### (18 U.S.C. § 875(c) – Transmittal of Threats in Interstate Commerce)

5. Paragraphs 1 and 2 are re-alleged.

6. On or about November 1, 2023, in the District of Columbia and elsewhere, the defendant,

**KEVIN BRENT BUCHANAN,**

transmitted in interstate commerce a threat to injure the person of another. Specifically, **BUCHAHAN**, while located in Utah, used a cellular telephone to call Organization 1 and leave messages in Organization 1's voicemail box that contained a serious expression of an intent to commit an act of unlawful violence. In so doing, **BUCHANAN** intended to convey a threat to Organization 1 and knew that Organization 1 would understand the message to be a threat.

(All in violation of Title 18, United States Code, Section 875(c))

## COUNT THREE
### (18 U.S.C. § 875(c) – Transmittal of Threats in Interstate Commerce)

7. Paragraphs 1 and 2 are re-alleged.

8. On or about November 2, 2023, in the District of Columbia and elsewhere, the defendant,

**KEVIN BRENT BUCHANAN,**

transmitted in interstate commerce a threat to injure the person of another. Specifically, **BUCHAHAN**, while located in Utah, used a cellular telephone to call Organization 1 and leave messages in Organization 1's voicemail box that contained a serious expression of an intent to

commit an act of unlawful violence.  In so doing, **BUCHANAN** intended to convey a threat to Organization 1 and knew that Organization 1 would understand the message to be a threat.

(All in violation of Title 18, United States Code, Section 875(c))

### SPECIAL FINDING

9. The allegations in paragraphs 1 and 2 and in Counts One, Two, and Three are realleged and incorporated as if fully set forth herein.

10. The defendant, **KEVIN BRENT BUCHANAN,** intentionally selected Organization 1 as the object of the offense charged in Counts One, Two, and Three because of the actual and perceived race, color, religion, national origin, and ethnicity of any person.

(Selection of the Object of the Offense Because of the Race, Color, Religion, National Origin, and Ethnicity of Any Person, pursuant to U.S.S.G. § 3A1.1(a))

A TRUE BILL:

FOREPERSON

*Matthew M. Groves/jrh*

MATTHEW M. GRAVES
ATTORNEY FOR THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA