UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim No. 24-CR-256 (CKK) |
| | : |
| v. | : VIOLATIONS: |
| | : |
| KEVIN BRENT BUCHANAN, | : 18 U.S.C. § 875(c) |
| | : (Transmittal of Threats in Interstate |
| Defendant. | : Commerce) |
| | : |
| | U.S.S.G. § 3A1.1(a) |
| | (Bias Motive) |

## INFORMATION

The United States of America charges that:

### COUNT ONE
### (18 U.S.C. § 875(c) – Transmittal of Threats in Interstate Commerce)

On November 2, 2023, in the District of Columbia and elsewhere, the defendant,

**KEVIN BRENT BUCHANAN,**

did knowingly transmit in interstate and foreign commerce a communication containing a true threat to injure the person of another, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence. Specifically, **BUCHANAN** called the telephone number for Organization 1 and left a voicemail message for the employees of Organization 1 that contained threats of bodily injury.

(In violation of Title 18, United States Code, Section 875(c))

## SPECIAL FINDING

The allegations in Count One are realleged and incorporated as if fully set forth herein.

The defendant, **KEVIN BRENT BUCHANAN,** intentionally selected Organization 1 as the object of the offense charged in Count One because of the actual and perceived race, color, religion, national origin, and ethnicity of any person.

(Selection of the Object of the Offense Because of the Race, Color, Religion, National Origin, and Ethnicity of Any Person, pursuant to U.S.S.G. § 3A1.1(a))

JEANINE FERRIS PIRRO
United States Attorney
D.C. Bar No. 481052

By:   /s/ Joshua Gold
JOSHUA GOLD
TX Bar No. 24103101
TIMOTHY VISSER
D.C. Bar No. 1028375
Assistant United States Attorneys
601 D St. NW
Washington, DC  20530
Joshua.Gold@usdoj.gov
(202) 815-8965

SANJAY PATEL
IL Bar No. 6272840
Trial Attorney
Criminal Section, Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Sanjay.patel@usdoj.gov
(202) 307-6188