UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 24-CR-256 (CKK) |
| KEVIN BRENT BUCHANAN, | : |
| Defendant. | : |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Kevin Brent Buchanan, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

1. Organization 1 is an advocacy organization focused on Palestinian rights that is headquartered in Washington, D.C.

2. Defendant Kevin Brent Buchanan resides in Utah.

3. Between the dates of October 31, 2023, and November 2, 2023, Buchanan, while in Utah, used his cellular telephone to call the main phone line of Organization 1 five times. Each of the calls went unanswered and was routed to a voicemail box. Buchanan left voicemail messages after each call.

4. When employees of Organization 1 listened to Buchanan's messages, they contacted the Federal Bureau of Investigation (FBI).

5. On November 2, 2023, at approximately 2:16 p.m. EST, Buchanan left a voicemail in which he stated, "You lying sack of shit. You're afraid to answer the phone because you've been overwhelmed by death threats. This isn't a death threat. Everybody's gonna die. And you

motherfuckers are gonna die. You pieces of shit. Israel's god's chosen people. Islam is [indecipherable]... You know what? I hope every Muslim in the United States fucking croaks. I hope there's a battle between Christianity and Islam because Christian—and Judaism—... Jews and Christians will kick their ass. I fought in Iraq. I fucking happen to know... But I know a punk ass chicken shit when I see one. So you either call me back and arrange a meeting 'cause you're fucking full of shit man. You're the enemy. You're the enemies of this country. You're a threat to me and my family. But you know what? Your families are going to be followed and watched.... Every time you have a meeting we are going to infiltrate your organization, follow, know who your families are, your mothers, your fathers, your sisters, your brothers, and so forth and so forth. I would be deathly afraid if I were you. You are all going to fucking die you pieces of shit. Traitors. You don't even belong in America. How, you sound like a white man, you fucking piece of shit. You need to die."

6. After Buchanan left this voicemail, an employee of Organization 1 who was present within Washington, D.C. listened to the message.

7. At the time Buchanan left this voicemail, he intended to convey a threat to members of Organization 1—that is, a serious expression of an intent to commit an act of unlawful violence—and recklessly disregarded the possibility that the communication would be viewed as a true threat of violence.

8. The United States does not allege that Buchanan necessarily intended to carry out this threat.

9. At the time Buchanan left this voicemail, he intentionally selected the members of Organization 1 as the target of his message because of the actual or perceived race, color, religion,

3

national origin, or ethnicity of the members of Organization 1 and because Organization 1 advocates on behalf of Palestinians.

10. This proffer of evidence is not intended to constitute a complete statement of all facts known by Buchanan and the government. Rather, it is a limited statement of facts intended to provide the necessary factual predicate for Buchanan's guilty plea.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/ Joshua Gold
JOSHUA GOLD
TX Bar No. 24103101
Timothy Visser
D.C. Bar No. 1028375
Assistant United States Attorney
601 D St. NW
Washington, DC 20530
Joshua.Gold@usdoj.gov
(202) 815-8965

SANJAY PATEL
IL Bar No. 6272840
Criminal Section, Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Sanjay.patel@usdoj.gov
(202) 307-6188

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, after consulting with my attorney, Barry Coburn, I agree and stipulate to this Statement of Offense. The Statement of Offense is a summary made for the purpose of providing the Court with a factual basis for my guilty plea. It does not include all of the facts known to me regarding these offenses. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes to which I am pleading guilty.

Dated: 7/21/25

KEVIN BRENT BUCHANAN, Defendant

## ATTORNEY'S ACKNOWLEDGEMENT

I have read this Factual Basis and have reviewed it with my client fully. I concur in my client's desire to adopt and stipulate to this Factual Basis.

Dated: 7/21/25

Barry Coburn, ESQ.
Attorney for Kevin Brent Buchanan

5