UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL NO. 24-CR-256 (CKK) |
| KEVIN BUCHANAN, | : |
| Defendant. | : |

**GOVERNMENT'S SENTENCING MEMORADUM**

Between October 31, 2023, and November 2, 2023, Buchanan called the victim organization—a Palestinian Rights organization—and left five threatening voice messages. These calls were placed in the weeks following commencement of the Gaza conflict. Buchanan's messages threatened death and targeted the employees of the victim organization. For this conduct, the Government requests this Court impose a sentence at the bottom of the applicable United States Sentencing Guidelines ("USSG" or "Sentencing Guidelines") range.

**I.  Procedural Background**

Buchanan was arrested on November 17, 2023, pursuant to a complaint. ECF Nos. 1, 5. He was indicted on June 13, 2023, after several attempts were made to resolve the charges. *See* Minute Orders dated Jan. 1, 2024, May 29, 2024, Jun. 4, 2024; *see also* ECF Nos. 14, 17, 18, 25. The indictment charged Buchanan with three counts of violating 18 U.S.C. § 875(c) for making threatening interstate communications; one count for each day he called and threatened the victim. ECF No. 25.

On July 16, 2025, the Government filed a one-count Second Superseding Information that charged Buchanan with a violation of Section 875(c). ECF No. 74. He pleaded guilty to the Second Superseding Information on July 21, 2025, after entering into a plea agreement with the

United States.  ECF Nos. 80–84; Minute Order, Jul. 21, 2025.

## II. Factual Background

The victim is a Washington, D.C., based non-governmental organization that advocates for the liberation of Palestine.  It maintains a public facing website that promotes, among other things, pro-Palestinian events and demonstrations.  The organization's website also has a page with the names and pictures of its staff, most of whom are of Palestinian descent.  Following the October 7, 2023, Hamas attack against Isreal, the victim organization promoted on their website and social media accounts a series of public demonstrations in D.C., including one that was planned for November 4, 2023.

Between October 31, 2023, and November 2, 2023, Buchanan—a resident of Tooele, Utah—called the victim organization five times using his mobile phone, all of which were directed to the organization's voicemail box.  Buchanan left threatening messages after each call, which were eventually heard by the organization's staff.

On October 31, 2023, Buchanan left the first in the series of five threatening messages on the victim organization's voicemail box:

> You stupid pieces of fucking evil Nazi shit.  Don't think we're not watching you.  We know who you are, who your families are.  I'm glad you're sticking your ugly heads up Palestine.  Well, you know what, you're being cataloged.  You're being photographed.  We're gonna know who your families are.  We're gonna know where you live.  You're gonna be tracked.  You're fucking D.M.W—that means dead man or woman walking.  You are the enemy.  You are a threat to the national security of the United States, and you are fucking going to get what's coming to you very, very, very soon, you pieces of Palestinian shit . . . .  Come to middle America and try to do what you're doing.  You pieces of sacks of shit.  Dead person walking.  That's all you are, pieces of shit.  You're gonna die.

On November 1, 2023, Buchanan again called the victim organization and left two more voicemail messages, establishing a pattern of similar threats:

> You are a small fucking minority, and you are dead.  You are fucking stinking rotten

pieces of shit. I can hardly wait until the balloon goes up . . . . This is a war against Islam. We are going to wipe them the fuck out . . . . I'm glad you're showing your face because we're documenting you, your families, and everything . . . . You're not Americans. You're fucking traitors. And you're going to fucking die . . . . You are going to fucking die. You shit heads . . . . Palestinians are going to die. By the hundreds of thousands . . . . You're just all kinds of fucked up and stupid, and that's why you're going to die.

Guess what motherfuckers? You stinking piece of shit terrorists. You are a threat to the national security of the United States. Well guess what? The Hells Angels have quietly declared war on you. So you just go ahead and parade around, do what you want, but you're marked. You're dead people walking. You're all gonna fucking die because you're enemies of the United States . . . . You are fucking traitors and you're gonna die. And I'm gonna love it. So are your families, motherfucker pigs.

The next day, November 2, 2023, Buchanan left two more voicemail messages directed at the victim organization. In this third set of messages, Buchanan escalated the graphic and specific nature of his threats to the organization and included demands that they engage with Buchanan:

You know what, people are following you. They're watching your families. I hope your families get raped. I hope your wives and children get raped and beheaded. I really do . . . . You're a minority in America . . . . I'm gonna fucking burn the goddamn Koran. What are you going to fucking do to stop me? Why don't you call me back you brave defenders of Palestine. Those chicken shits I fought them in Iraq and killed plenty of them . . . . You guys are going to die. You guys are going to die violently. You are enemies of the United States . . . .

You lying sack of shit. You're afraid to answer the phone because you've been overwhelmed by death threats. This isn't a death threat. Everybody's gonna die. And you motherfuckers are gonna die. You pieces of shit. Israel's god's chosen people. Islam means wild donkey man. So you know what? I hope every Muslim in the United States fucking croaks. I hope there's a battle between Christianity and Islam because Christian—and Judaism. Jews and Christians will kick their ass. I fought in Iraq. I fucking happen to know a punk ass chicken shit when I see one. So you either call me back and arrange a meeting 'cause you're fucking full of shit man. You're the enemy. You're the enemies of this country. You're a threat to me and my family. But you know what? Your families are going to be followed and watched. Every time you have a meeting we are going to infiltrate your organization . . . know who your families are, your mothers, your fathers, your sisters, brothers, and so forth and so forth. I would be deathly afraid if I were you. You are all going to fucking die you pieces of shit. Traitors. You don't even belong in America . . . .

After listening to Buchanan's first few messages, the organization's executive director

reported the crime to federal authorities, which resulted in the instant case. The Second Superseding Information that Buchanan plead guilty to charged him with one threat made on November 2, 2023. ECF No. 74.

### III. The Applicable United States Sentencing Guidelines

Section 4(A) of the plea agreement contains the parties agreed upon Sentencing Guidelines calculation[1]:

| | |
|---|---|
| Base offense level (U.S.S.G.§ 2A6.1): | 12 |
| Hate crime motivation (U.S.S.G. § 3A1.1(a)): | +3 |
| Total offense level: | 15 |

The Government recommends a two-level reduction for acceptance of responsibility, pursuant to U.S.S.G. §3E1.1, thereby resulting in a total offense level of 13. Buchanan does not have any applicable criminal history points, which requires any sentence imposed to be under a criminal history category of I. Therefore, Buchanan's estimated Sentencing Guideline's range at an offense level of 13 is 12 months to 18 months. *See* Plea Agreement, ECF No. 84 at ¶ 4(A), (D). In addition, the parties agree that pursuant to USSG § 5E1.2, should this Court impose a fine, at guidelines level 13, the estimated applicable fine range is $5,500 to $55,000. *Id*, at 4(D).

### IV. The Appropriate Sentence Considering the Factors Set Forth in Section 3553(a)

To determine an appropriate sentence, the court must first accurately calculate the Defendant's advisory Guidelines range, and then consider the various factors set forth in 18 U.S.C.

---

[1] Despite the parties agreed upon Sentencing Guidelines calculation, the calculation contained within the Presentence Investigation Report ("PSR") includes application of a specific offense characteristic under USSG § 2A6.1(b)(2)(A) because Buchanan's offense involved more than two threats. *See* PSR at ¶ 41. The Government's position remains consistent with the provisions of the plea agreement, which states "[t]he Government agrees to cap its allocation request at the bottom of the guidelines range determined at the time of sentencing." ECF No. 84 at ¶ 5.

§ 3553(a). *Gall v. United States*, 552 U.S. 38, 49-50 (2007). These factors include the nature and circumstances of the offense; the history and characteristics of the defendant; and the need for the sentence to promote respect for the law, just punishment, and adequate deterrence. 18 U.S.C. § 3553(a). The United States submits that considering these factors, a low-end Guidelines Sentence is appropriate and not greater than necessary to comply with the purposes set forth in 18 U.S.C. § 3553(a)(2). The United States also submits that a fine commensurate with the applicable Guidelines range determined by this Court is appropriate.

First, the nature and circumstances of the offense support a low-end Guidelines sentence. Buchanan called and threatened to kill the victim organization's staff. The threats were motivated by his hate fueled ideology. The threats were designed to inflict fear on the organization's staff, who were predominately of Palestinian descent. The organization was impacted by Buchanan's threatening conduct because it was made at the outset of the Gaza conflict and targeted the Palestinian and Muslim communities.

The second factor that the Court must consider in fashioning an appropriate sentence is the history and characteristics of the defendant. Buchanan's history and background as set forth in the PSR is not one that excuses his behavior, nor provides a compelling reason to depart from the Government's low-end Guidelines Sentencing range recommendation.

Buchanan's sentence must also reflect the seriousness of the offense to promote the rule of law, to provide just punishment, and to provide adequate deterrence. These factors also support a low-end Guidelines range sentence. Any crime motivated by hate ideology suggests a willingness on the part of the participant to reoffend. Nevertheless, the Government notes that Buchanan has taken full responsibility for his behavior. He admitted making the threats. Given his willingness to accept responsibility for his behavior and corresponding respect for the rule of law, the Government agreed to cap its sentencing allocation at the bottom of the applicable Guidelines range determined by

this Court.  *See* ECF No. 84 at ¶ 5.  Such a sentence would promote general deterrence, and it would properly account for the alarming nature and circumstances of Buchanan's conduct.

## V.     Conclusion

For the foregoing reasons, the Government requests that this Court impose a Sentencing Guidelines complaint sentence at the low-end of the Guidelines range determined by this Court, and any applicable fine within that Guidelines range.

Respectfully submitted,

HARMEET K. DHILLON
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
*/s/ Sanjay H. Patel*
SANJAY H. PATEL
IL Bar. No. 6272840
Trial Attorney
Criminal Section, Civil Rights Division
4 Constitution Square
150 M St. NE, 7.121
Washington, D.C. 20530
Email: Sanjay.Patel@usdoj.gov

## **CERTIFICATE OF SERVICE**

    Sanjay Patel, attorney for the United States, hereby certifies that a true and correct copy of the motion has been electronically filed and accordingly served upon attorney for the Defendant.

DATED: December 29, 2025                        */s/ Sanjay Patel*
                                                             SANJAY PATEL